**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ISRAEL SOLANO,**
            **Plaintiff,**

**-vs-**                                                **Case No. 6:06-cv-1173-Orl-18KRS**

**AMERICAN DIVERSIFIED SERVICES**
**CORPORATION,**
**HOMER HARDEN,**
            **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR RE-ENTRY OF CLERK'S DEFAULT (Doc. No. 14)** |
| **FILED:** | **December 13, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff Israel Solano moves for the re-entry of a clerk's default against Defendants American Diversified Services Corp. and Homer Harden. Default was previously entered against the defendants, doc. no. 9, but was set aside on November 1, 2006, based on the representation by counsel for Solano that counsel for the defendants had requested additional time to respond to the complaint. Doc. No. 10.

As of the writing of this order, no attorney has filed a notice of appearance on behalf of the defendants, and neither defendant has appeared in this case. The record reflects that each defendant

has been served with process. Accordingly, entry of a default under Federal Rule of Civil Procedure 55(a) is appropriate.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties