**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ISRAEL SOLANO,**
              **Plaintiff,**

**-vs-**                                                         **Case No.  6:06-cv-1173-Orl-18KRS**

**AMERICAN DIVERSIFIED SERVICES**
**CORPORATION,**
**HOMER HARDEN,**
              **Defendants.**

## ORDER

      The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

      **ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Renewed Motion for Entry of Default Judgment (doc. 33) be **GRANTED in part and DENIED in part**. The Court dismisses Counts I and III of the complaint. The Clerk of the Court is to issue a judgment consistent with the Report and Recommendation and CLOSE the file.

      It is **SO ORDERED** in Orlando, Florida, this 18th day of December, 2007.

                                                        G. KENDALL SHARP
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge